NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Plaintiff-Appellant,*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,**
*Defendants-Appellees.*

---

2012-1105

---

Appeal from the United States District Court for the Northern District of California in case no. 11-CV-1846, Judge Lucy H. Koh.

---

## ON MOTION

---

Before LINN, *Circuit Judge.*

## ORDER

Apple Inc. moves to expedite the briefing schedule. Samsung Electronics Co., Ltd. oppose in part.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the following extent: The appellant's opening brief is due no later than December 22, 2011. The appellee's brief is due no later than January 9, 2011. The appellant's reply brief and the joint appendix are due no later than January 16, 2012. Expedited means of service, such as e-mail, hand delivery, or overnight delivery, must be used. The case will be scheduled on the March oral argument calendar if practicable.

FOR THE COURT

**DEC 1 6 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Harold J. McElhinny, Esq.
    Charles K. Verhoeven, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 1 6 2011**

**JAN HORBALY**
**CLERK**